# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Margare Hernandez Blanco

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-0425-DMS-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition is granted. All litigation in this matter has concluded. This case is hereby closed.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0425-DMS-JLB

Respondents:

Kristi Noem, Secretary of the Department of Homeland Security;

Pamela Jo Bondi, Attorney General;

Todd M. Lyons, Acting Director, Immigration and Customs Enforcement;

Jesus Rocha, Acting Field Office Director, San Diego Field Office;

Christopher LaRose, Warden at Otay Mesa Detention Center